John, Admrx., Appellant, *v.* Pittsburgh Railways
Company.

Argued March 28, 1944. Before MAXEY, C. J., DREW,
LINN, STERN, PATTERSON, STEARNE and HUGHES, JJ.

*E. V. Buckley,* of *Mercer & Buckley,* for appellant.

*D. H. McConnell,* with him *J. R. McNary,* for ap-
pellee.

PER CURIAM, April 11, 1944:

In this suit in trespass the jury awarded the widow
as administratrix of the estate of her deceased husband
the sum of $1,200 under the survival Act of July 2, 1937,
P. L. 2755, and $3,000 under the wrongful death Acts of
April 15, 1851, P. L. 669, and April 26, 1855, P. L. 309.
Plaintiff filed a motion for a new trial on the ground that
the verdicts were inadequate. The court below overruled

the motion saying: ". . . while the testimony would have supported larger verdicts in both instances, they are not so inadequate as to shock the conscience of the court. In fact, in both instances they are for substantial amounts. The jury apparently determined that the proven earnings of the deceased, which covered only the period since this Nation became the arsenal of democracy, were in excess of what he would normally have earned . . . and that at the age of sixty-three he could not normally be expected to be gainfully employed more than about two years longer." Judgments were entered upon the verdicts and these appeals then taken. We find no error in the action of the learned court.

Judgments affirmed.